

Continental Plaza · 411 Hackensack Avenue, 2nd Floor · Hackensack, NJ 07601 · (tel&fax) 201.273.7117

June 10, 2016

*Via ECF*
Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 4C
Newark, New Jersey 07101

    Re:    **Richard Dickon v. Central Credit Services, LLC, et al.**
             **Case No.: 2:15-cv-06226-WHW-CLW**

Dear Judge Waldor:

    I represent the Plaintiff Richard Dickon and write to inform the Court that the parties have agreed to a settlement which requires subsequent performance. When the terms of the written settlement agreement have been finalized and fully performed, the parties will file a Rule 41(a) stipulation of dismissal with prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

    At this time, I request the entry of a "60-Day Order" dismissing the action without prejudice but permitting a party to vacate the order and move to enforce the settlement within 60 days.

    Lastly, I ask the Court to cancel the telephone conference currently scheduled for June 14, 2016 before Your Honor.

    Thank you for Your Honor's time and courtesies in this matter.

                                        Very truly yours,

                                        *s/ Yongmoon Kim*
                                        Yongmoon Kim, Esq.
                                        KIM LAW FIRM LLC

YK/cy
cc:    Honorable William H. Walls, U.S.D.J (*via ECF*)
       Ross S. Enders, Esq. (*via ECF*)