UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD DICKON,<br>*on behalf of himself and those similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>CENTRAL CREDIT SERVICES LLC, and JOHN DOES 1 to 10,<br><br>　　　　　　Defendants. | Civil Action No.: 2:15-cv-06226-WHW-CLW<br><br><br>**STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

　　　The undersigned, being counsel for all parties who have appeared in this action, represent neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

　　　Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

|   |   |
|---|---|
|   | KIM LAW FIRM LLC<br>Attorneys for Plaintiff |
|   |   |
| DATED: August 30, 2016 | *s/Yongmoon Kim*<br>Yongmoon Kim |
|   |   |
|   | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC<br>Attorneys for Defendant |
|   |   |
| DATED: August 30, 2016 | *s/Ross S. Enders*<br>Ross S. Enders |

　

DATED:　　　　　　　　　　　　　　　　SO ORDERED:

　

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　William H. Walls, U.S.D.J.